UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                          :
ABBY R. SIMPSON et al.,                                   :
                                                          :
                              Plaintiffs,                 :          23-CV-1436 (JMF)
                                                          :
              -v-                                         :          ORDER
                                                          :
PACIFIC INDEMNITY COMPANY,                                :
                                                          :
                              Defendant.                  :
                                                          :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 21, Defendant's earlier
motion to dismiss filed at ECF No. 15 is hereby DENIED as moot.  Plaintiffs' opposition to the
new motion to dismiss is due by **June 30, 2023**.  Defendant's reply, if any, is due by **July 7,
2023**.

       The Clerk of Court is directed to terminate ECF No. 15.

       SO ORDERED.

Dated: June 20, 2023
       New York, New York                        _____
                                                          JESSE M. FURMAN
                                                     United States District Judge