UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ABBY R. SIMPSON ET AL.,                                                 :
:
                              Plaintiffs,               :
:     23-CV-1436 (JMF)
       -v-                                                               :
:     <u>ORDER</u>
PACIFIC INDEMNITY COMPANY,                                              :
:
                              Defendant.                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Civil Case Management Plan and Scheduling Order entered on April 5, 2024, ECF No. 36, the parties were required to file a joint letter no later than August 23, 2024, "indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes and, if so, approximately when they believe a settlement conference should be held," *id.* at 5. To date, the parties have filed no such letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 4, 2024**.

       SO ORDERED.

Dated: August 28, 2024
       New York, New York                        _____
                                                          JESSE M. FURMAN
                                                      United States District Judge