UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABBY R. SIMPSON et al.,

                Plaintiffs,                              23-CV-1436 (JMF)

           -v-                                       <u>ORDER</u>

PACIFIC INDEMNITY COMPANY,

                Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As discussed during the telephone conference held earlier today:

- The fact discovery deadline is hereby EXTENDED to **December 20, 2024,** but for the limited purpose of addressing any outstanding fact discovery demands.

- The parties shall file a joint letter addressing the status of settlement discussions — and whether they would want a referral to either a Magistrate Judge or the Court-annexed mediation program — no later than **January 3, 2025**.

- The expert discovery deadline is hereby EXTENDED to **March 21, 2025**.

- In the event that Plaintiffs intend to move for summary judgment, the parties shall confer and file a joint letter proposing a summary judgment briefing schedule that avoids unnecessary and duplicative filings.

        SO ORDERED.

Dated: November 21, 2024
       New York, New York

                                                          JESSE M. FURMAN
                                                  United States District Judge